# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139507(48)

_____

In re GENEVIEVE BROOKELYN HANSEN,
Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

BILLY JOE HANSEN,
      Respondent-Appellant,

_____

SC: 139507
COA: 289903
Manistee CC Family Division:
07-000083-NA

      On order of the Chief Justice, the motion by respondent-appellant for extension to January 14, 2010 of the time for filing his brief is considered and it is GRANTED



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2010

Clerk